# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**SHANNON M. PELS,**

   Plaintiff,

 v.         **CASE NUMBER: 5:13-CV-7 (ATB)**

**COMMISSIONER OF SOCIAL SECURITY,**

   Defendant.

**Decision by Court.**  This action came to a hearing before the Court.  The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That the decision of the Commissioner is affirmed, and the plaintiff's complaint is hereby, DISMISSED.

All of the above pursuant to the order of the Honorable Judge Andrew T. Baxter, dated the 20th day of March, 2014.


DATED: March 20, 2014

              Clerk of Court


       By: s/  Nicole Killius
           Deputy Clerk